E-Filing

1  WILLIAM LONGWITZ (MS Bar No. 101047)
   JASON GIZZARELLI (VA Bar No. 42791)
2  GRETCHEN L. LOWE (DC Bar No. 421995)
   Commodity Futures Trading Commission
3  1155 21st Street N.W.
   Washington, D.C. 20581
4  Tel: 202.418.5380
   Fax: 202.418.5531
5
   Attorneys for Plaintiff
6  Commodity Futures Trading Commission

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  COMMODITY FUTURES TRADING          CASE NO. C 03-1379 VRW
    COMMISSION,
13                                     **CONSENT ORDER OF PERMANENT
                Plaintiff,             INJUNCTION AND OTHER EQUITABLE
14                                     RELIEF**
         v.
15
    DBS CAPITAL, INC. and DOUGLAS
16  STEVENS,

17              Defendants.

18

19       On March 31, 2003, plaintiff Commodity Futures Trading Commission ("Commission")

20  filed an *ex parte* Complaint against DBS Capital, Inc. ("DBS") and Douglas B. Stevens

21  ("Stevens") (collectively, "Defendants") seeking injunctive and other equitable relief for

22  violations of the Commodity Exchange Act, as amended ("Act"), 7 U.S.C. §§ 1 *et seq.* (2002),

23  and Regulations promulgated thereunder, 17 C.F.R. §§ 1 *et seq.* (2004). The Court entered an *ex*

24  *parte* statutory restraining order on April 1, 2003 that, among other things, froze all assets

25  belonging to or related to the Defendants, and ordered the maintenance of, and access to, business

26  records. On May 15, 2003, the Court issued a consent order of preliminary injunction against the

27  Defendants.

28  /////

**I.   CONSENT AND AGREEMENT**

To effect settlement of the matters alleged in the Complaint in this action without a trial on the merits or any further judicial proceedings, Defendants:

1.   Consent to the entry of this Consent Order of Permanent Injunction and Other Equitable Relief ("Order").

2.   Affirm that they have read and agreed to this Order voluntarily and that no promise or threat has been made by the Commission or any member, officer, agent or representative thereof, or by any other person, to induce consent to this Order, other than as set forth specifically herein.

3.   Acknowledge service of the Summons and Complaint.

4.   Admit that this Court has jurisdiction over them and the subject matter of this action pursuant to Section 6c of the Act, 7 U.S.C. § 13a-1 (2002).

5.   Admit that venue properly lies with this Court pursuant to Section 6c of the Act, 7 U.S.C. § 13a-1 (2002).

6.   Waive:

a.   The entry of findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure, except as set forth below in Part II;

b.   All claims which may be available under the Equal Access to Justice Act, 5 U.S.C. § 504 (2002) and 28 U.S.C. § 2412 (2002) to seek costs, fees and other expenses relating to, or arising from, this action;

c.   Any claim of Double Jeopardy based upon the institution of this proceeding or the entry in this proceeding of any order imposing a civil monetary penalty or any relief; and

d.   All rights of appeal from this Order.

7.   By consenting to the entry of this Order, Defendants DBS and Stevens neither admit nor deny the allegations of the Complaint and the Findings of Fact contained in this Order, except as to jurisdiction and venue. However, DBS and Stevens agree, and the parties to this Order intend, that the allegations of the Complaint and all of the Findings of Fact made by this

2

1  Court shall be taken as true and correct and be given preclusive effect without further proof in any

2  proceeding in bankruptcy, or to enforce the terms of the Order.  DBS and Stevens shall provide

3  immediate notice to this Court and Commission via certified mail, of any bankruptcy filed by, on

4  behalf of, or against either DBS or Stevens.

5        8.      Defendants DBS and Stevens agree that neither they nor any of their agents,

6  servants, employees, contractors or attorneys shall take any action or make any public statement

7  denying, directly or indirectly, any allegation in the Complaint or findings or conclusions in the

8  Order or creating, or tending to create, the impression that the Complaint or this Order is without

9  a factual basis; provided, however, that nothing in this provision shall affect DBS's or Stevens'

10  (a) testimonial obligations; or (b) right to take legal positions in other proceedings to which the

11  Commission is not a party.  DBS and Stevens shall take all necessary steps to ensure that all of

12  their agents, servants, employees, contractors and attorneys understand and comply with this

13  agreement.

14        9.      Defendants DBS and Stevens consent to the continued jurisdiction of this Court in

15  order to implement and carry out the terms of all orders and decrees that may be entered herein, to

16  entertain any suitable application or motion for additional relief within the jurisdiction of this

17  Court, and to assure compliance with the Order.

18  **II.**     **FINDINGS AND CONCLUSIONS**

19        The Court, being fully advised in the premises, finds that there is good cause for the entry

20  of this Consent Order and that there is no just reason for delay.  The Court therefore directs the

21  entry of findings of fact, conclusions of law, and a permanent injunction and ancillary equitable

22  relief pursuant to § 6c of the Act, 7 U.S.C. § 13a-1 (2002), as set forth herein.

23      **A.**     **Findings of Fact**

24                        **Defendants' Fraudulent Solicitation**

25        1.      From at least 1998 through March 21, 2003 ("the relevant period"),

26  Defendants solicited the retail public to buy and sell foreign currency contracts to speculate on the

27  movement of foreign currency prices in the purported foreign currency "spot" market.  In reality,

28  /////

1  the Defendants were illegally offering off-exchange foreign currency futures contracts to their

2  customers.

3       2.    During the relevant period, the Defendants solicited approximately $14

4  million from approximately 200 retail customers across the country.

5       3.    Defendants solicited prospective customers via the DBS Internet website,

6  located at www.dbscapital.com, by telephone solicitations, and by word-of-mouth referrals.

7       4.    Defendants misappropriated customer funds for personal and business-

8  related uses.

9       5.    To the extent that Defendants traded customer funds, Defendants lost

10  money.

11       6.    During the relevant period, the Defendants concealed their trading losses

12  and misappropriation of customer funds by issuing false account statements to customers, and

13  informing customers, both orally and in writing, that their trading accounts were making money.

14       7.    As a result of these false statements, some customers encouraged their

15  friends and family members to invest with DBS.

16       8.    On or about March 19, 2003, Stevens showed some DBS customers false

17  trading account statements that purported to show DBS's trading at Refco, FX.

18       9.    These false trading account statements showed that the DBS's trading

19  account at Refco, FX had a balance of approximately $11 million.

20       10.    In fact, on or about March 19, 2003, the combined value of all of DBS's

21  trading accounts at Refco, FX was less than $100,000.

22       11.    On March 21, 2003, Defendants notified customers that DBS was ceasing

23  operations because Defendants had insufficient funds to cover customers' purported positive

24  account balances.

25           **Defendants Offered Futures Contracts to Customers**

26       12.    The contracts that the Defendants offered to their customers were futures

27  contracts because they have the characteristics indicative of a futures contract.

28  /////

1            13.     The contracts represented contracts for future delivery of foreign currencies

2  that were cash settled in US dollars. The contract prices were established at the time that the

3  contracts were initiated, and were settled through offset, cancellation, cash settlement or other

4  means to avoid delivery.

5            14.     The Defendants marketed the DBS contracts to the general public as a

6  means to speculate and profit from anticipated price fluctuations in the markets for these

7  currencies.

8            15.     The Defendants did not conduct their foreign currency futures transactions

9  on or subject to the rules of a board of trade that has been designated or registered by the

10  Commission as a contract market or derivatives transaction execution facility for such

11  commodity.

12            16.     The Defendants did not execute or consummate their contracts by or

13  through a contract market, and the contracts are not evidenced by a record in writing, as required.

14            17.     Section 2(c)(2)(B)(i) and (ii) of the Act provides that the Commission shall

15  have jurisdiction over an agreement, contract or transaction in foreign currency that is a sale of a

16  commodity for future delivery, so long as the contract is "offered to, or entered into with, a

17  person that is not an eligible contract participant" (meaning the person is a retail customers)

18  unless the counter-party, or the person offering to be the counter-party, is a regulated entity, as

19  enumerated in the Act. No Defendant is a proper counterparty for retail foreign currency

20  transactions. Section 1a(12)(A)(xi) of the Act, as amended by the CFMA, 7 U.S.C. § 1, defines

21  an eligible contract participant as an individual who has total assets in excess of: a) $10 million;

22  or b) $5 million, and who enters the transaction to manage the risk associated with an asset owned

23  or a liability incurred, or reasonably likely to be owned or incurred.

24            18.     At least some, if not all, of the forex futures transactions alleged herein

25  were offered to or entered into with persons who were not eligible contract participants.

26                          **Stevens was a Controlling Person of DBS**

27            19.     Stevens was the founder and president of DBS. Stevens was listed on

28  DBS's incorporation documents and trading account opening statements as the President of DBS.

CONSENT ORDER OF PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF
CASE NO. C 03-1379 VRW

1   Stevens also managed the day-to-day operations of DBS.  Specifically, Stevens was entitled and

2   did make hiring, payroll and trading decisions for DBS.

3             20.      In acting as a controlling person, Stevens either failed to act in good faith,

4   or knowingly induced, directly or indirectly, the acts constituting the violations found herein.

5        **B.**     **Conclusions of Law**

6             1.      This Court has jurisdiction over the subject matter of this action and all

7   parties hereto pursuant to Section 6c of the Act, 7 U.S.C. § 13a-1, which authorizes the

8   Commission to seek injunctive relief against any person whenever it shall appear that such person

9   has engaged, is engaging or is about to engage in any act or practice constituting a violation of

10  any provision of the Act or any rule, regulation or order thereunder.

11            2.      Venue properly lies with this Court pursuant to Section 6c of the Act, 7

12  U.S.C. § 13a-1, in that the Defendants DBS and Stevens are found in, inhabit, or transact business

13  in this district, and the acts and practices in violation of the Act have occurred, are occurring, or

14  are about to occur within this district, among other places.

15            3.      This Court has personal jurisdiction over the Defendants DBS and Stevens,

16  who acknowledge service of the Complaint and consent to the Court's jurisdiction over them.

17            4.      The Commission and Defendants DBS and Stevens have agreed to this

18  Court's retention of continuing jurisdiction over each of them for the purpose of enforcing the

19  terms of this Order.

20            5.      By the conduct described in Section IIA above, Defendants violated

21  Section 4(a) of the Act, 7 U.S.C. § 6(a) (2002).

22            6.      By the conduct described in Section IIA above, Defendants violated

23  Section 4b(a)(2)(i)-(iii) of the Act, 7 U.S.C. § 6b(a)(2)(a)(i)-(iii) (2002) and Commission

24  Regulation 1.1(b)(1)-(3), 17 C.F.R. §1.1(b)(1)-(3) (2004).

25            7.      In addition, by the conduct described in Section IIA above, Defendant

26  Stevens, directly or indirectly, controlled DBS, and therefore is liable for DBS's violations of

27  Sections 4(a) and 4b(a)(2)(C)(i)-(iii) of the Act, and Commission Regulation Section 1.1(b)(1)-(3)

28  pursuant to Section 13(b) of the Act, 7 U.S.C. § 13c(b) (2002).

1   III.   **ORDER FOR PERMANENT INJUNCTION**

2         **NOW THEREFORE, IT IS ORDERED THAT:**

3         1.   Defendants DBS and Stevens are permanently restrained, enjoined and

4   prohibited from directly or indirectly:

5               a.   Offering to enter into, entering into, executing, confirming the

6   execution of, or conducting any office or business anywhere in the United States, its territories or

7   possessions, for the purpose of soliciting or accepting any order for, or otherwise dealing in, any

8   transactions in, or in connection with, a contract for the purchase or sale of a commodity for

9   future delivery when: (i) such transactions have not been conducted on or subject to the rules of a

10  board of trade which has been designated or registered by the Commission as a contract market or

11  derivatives transaction execution facility for such commodity future, and (ii) such contracts have

12  not been executed or consummated by or through such contract market, in violation of Section

13  4(a) of the Act, 7 § U.S.C. 6(a)(2002);

14              b.   Cheating or defrauding or attempting to cheat or defraud and

15  willfully deceiving or attempting to deceive other persons in or in connection with any order to

16  make, or the making of, any contract or sale of any commodity for future delivery, made or to be

17  made, for or on behalf of any person if such contract for future delivery is or may be used for (i)

18  hedging any transaction in interstate commerce in such commodity or the products or by products

19  thereof; (ii) determining the price basis of any transaction in interstate commerce in such

20  commodity; or (iii) delivering any such commodity sold, shipped, or received in interstate

21  commerce for the fulfillment thereof, in violation of Section 4b(a)(2)(i)-(iii) of the Act, 7 U.S.C.

22  § 6b(a)(2)(i)-(iii)(2002), and Section 1.1(b)(1)-(3) of the Commission Regulations, 17 C.F.R. §

23  1.1(b)(1)-(3) (2004);

24         2.   Defendants DBS and Stevens are permanently restrained, enjoined and

25  prohibited, from directly or indirectly:

26              a.   Trading on or subject to the rules of any registered entity as that

27  term is defined in Section 1a(29) of the Act, 7 U.S.C. §1a(29);

28  /////

1                 b.      Soliciting, receiving, or accepting any funds in connection with the

2  purchase or sale of any futures contract or option on a futures contract;

3                 c.      Engaging in, controlling or directing the trading for any commodity

4  futures, security futures, options, options on futures, or foreign currency options account for or on

5  behalf of any other person or entity, whether by power of attorney or otherwise; and

6                 d.      Applying for registration or claiming exemption from registration

7  with the Commission in any capacity, and engaging in any activity requiring such registration or

8  exemption from registration with the Commission, except as provided for in Regulation 4.14

9  (a)(9), 17 C.F.R. § 4.14(a)(9) (2004), or acting as a principal, agent or any other officer or

10  employee of any person registered, exempted from registration or required to be registered with

11  the Commission, except as provided for in Regulation 4.14 (a)(9), 17 C.F.R. § 4.14(a)(9) (2004).

12  This includes, but is not limited to, soliciting, accepting or receiving any funds, revenue or other

13  property from any person, giving commodity trading advice for compensation, except as provided

14  for in Regulation 4.14 (a)(9), 17 C.F.R. § 4.14(a)(9) (2004), or soliciting prospective customers,

15  related to the purchase or sale of any commodity futures, security futures, options, options on

16  futures, or foreign currency futures;

17         3.      The injunctive provisions of this Order shall be binding on Defendants

18  DBS and Stevens, upon any person insofar as he or she is acting in the capacity of officer, agent,

19  servant, employee or attorney of DBS or Stevens, and upon any person who receives actual notice

20  of this Order by personal service or otherwise insofar as he or she is acting in active concert or

21  participation with DBS or Stevens.

22  **IV.**   **ORDER FOR OTHER EQUITABLE RELIEF**

23      **IT IS FURTHER ORDERED THAT DEFENDANTS SHALL PAY RESTITUTION**

24  **AND A CIVIL MONETARY PENALTY:**

25      1.     RESTITUTION: Defendants shall be jointly and severally liable for restitution to

26  investors in the amount of $7,108,186.11. Pre-judgment interest in the amount of $4,396,839.13,

27  plus post-judgment interest after the date of this Order until the restitution is paid in full, shall be

28  paid at the interest rate set forth in 28 U.S.C. §1961. Attachment A to this Order includes the

1   names of the investors to whom restitution shall be made pursuant to this paragraph, together with

2   the amount of restitution payable by Defendants to each of them (not including required interest)

3   and the *pro rata* distribution percentage by which each investor shall be paid. All payments made

4   pursuant to this Order by Defendants shall be considered restitution payments and dispersed on a

5   *pro rata* basis until those amounts (including interest) are fully satisfied. All payments after

6   satisfaction of the restitution shall be applied to the civil monetary penalty described below.

7       2.     RESTITUTION REDUCTION: Defendants' obligations to make restitution under

8   this paragraph shall be reduced by any amounts paid to the investors listed in Attachment A

9   pursuant to any restitution ordered in any other legal proceeding or pursuant to any collateral

10   agreement, subject to the conditions as set forth in paragraph 9 below.

11       3.     MONITOR: Restitution payments shall be sent to the National Futures

12   Association ("Monitor"), which will monitor the distribution of any restitution payments to

13   customers. Payments shall be sent to the following address: National Futures Association, 200

14   W. Madison Street, #1600, Chicago, Illinois 60606, Attn: Dan Driscoll, and made payable to the

15   DBS Settlement Fund. The Monitor shall distribute restitution payments to customers on a *pro*

16   *rata* basis unless, at its sole discretion, based upon the amount of funds available for distribution,

17   the Monitor decides to defer distribution.

18       4.     FROZEN ASSETS: Upon the entry of this Order, the provision of the Court's

19   May 15, 2003 Consent Order entered against the Defendants continuing a freeze on their assets

20   shall no longer be in effect. Upon being served with copies of this Consent Order after entry by

21   the Court, financial institutions and other entities holding frozen funds or other property

22   previously controlled by Defendants shall tender same to the Monitor. Such funds shall be

23   distributed to the customers in accordance with the restitution plan outlined in Exhibit A.

24       5.     DISPOSITION OF DEFENDANT STEVENS' ASSETS: Within ten days of

25   being served with copies of this Consent Order, Defendant Stevens shall tender to the Monitor,

26   according to any procedure dictated by the Monitor: (1) all funds in Merrill Lynch IRA account

27   number 6FL-18A68, Douglas Stevens, beneficiary, and (2) funds in the amount of $44,893.50

28   from Citibank/CalFed bank account number 905-4077-998.

1      6.    CIVIL MONETARY PENALTY: Defendants shall be jointly and severally liable

2   for, and judgment is hereby entered ordering joint and several payment of, a civil monetary

3   penalty of $3,191,597.43, plus post-judgment interest. Interest after the date of this Order until

4   the civil monetary penalty is paid in full shall be paid at the post-judgment interest rate set forth

5   in 28 U.S. C. § 1961. Defendants shall pay such civil monetary penalty by electronic funds

6   transfer, or by U.S. postal money order, certified check, bank cashier's check, or bank money

7   order, made payable to the Commodity Futures Trading Commission and sent to Dennese Posey,

8   Division of Enforcement, Commodity Futures Trading Commission, Three Lafayette Centre,

9   1155 21st Street, N.W., Washington, DC 20581, under cover of a letter that identifies the

10   Defendants and the name and docket number of the proceeding; Defendants shall simultaneously

11   transmit a copy of the cover letter and the form of payment to the Director, Division of

12   Enforcement, Commodity Futures Trading Commission, at the following address: 1155 21st

13   Street, N.W., Washington, DC 20581.

14      7.    PARTIAL PAYMENTS: Any acceptance by the Commission of partial payment

15   of Defendants' restitution and/or civil monetary obligations shall not be deemed a waiver of their

16   obligation to make further payments pursuant to this Order, or a waiver of the Commission's right

17   to seek to compel payment of any remaining balance.

18      8.    THIRD-PARTY BENEFICIARIES: Pursuant to Rule 71 of the Federal Rules of

19   Civil Procedure, each of the individuals identified in Attachment A is explicitly made an intended

20   third-party beneficiary of this Order and may seek to enforce obedience of this Order to obtain

21   satisfaction of any portion of the restitution amount which has not been paid by any Defendant, to

22   ensure continued compliance with any provision of this Order and to hold Defendants in

23   contempt for any violations of any provision of this Order.

24      9.    COLLATERAL AGREEMENTS: Defendants shall immediately notify the

25   Commission and Monitor if they make or have previously made any agreement with any investor

26   obligating them to make payments outside this Order. They shall also provide immediate

27   evidence to the Commission and the Monitor of any payments made pursuant to such agreement.

28   Upon being notified of any payments made by Defendants to investors outside of this Order, and

1    receiving evidence of such payments, the Monitor will have the right to reduce and offset the

2    Defendants' obligation to specified investors and to make any other changes in the restitution

3    distribution schedule that he deems appropriate.

4         10.    TRANSFER OF ASSETS: Defendants shall not transfer or cause others to

5    transfer funds or other property to the custody, possession, or control of any other person for the

6    purpose of concealing such funds from the Court, the Commission, or any investor until the

7    restitution amount has been paid in full.

8    **V.    MISCELLANEOUS PROVISIONS**

9         1.    NOTICES.  All notices required by this Order shall be sent by certified

10   mail, return receipt requested, as follows:

11              a.    Notice to Plaintiff Commission:
                      Director, Division of Enforcement
12                    Commodity Futures Trading Commission
                      1155 21st Street, N.W.
13                    Washington, DC  20581

14
                b.    Notice to the Monitor:
15                    Vice President, Compliance
                      National Futures Association
16                    200 West Madison Street
                      Chicago, IL  60606
17

18              c.    Notice to Defendant DBS Capital, Inc.:
                      DBS Capital, Inc.
19                    c/o Pamela R. Davis
                      DLA Piper Rudnick Gray Cary US LLP
20                    153 Townsend Street, Suite 800
                      San Francisco, CA  94107-1907
21

22              d.    Notice to Defendant Stevens:
                      Douglas Brian Stevens
23                    320 Northgate Avenue
                      Daly City, CA  94015
24

25        2.    ENTIRE AGREEMENT, AMENDMENTS AND SEVERABILITY.  This

26   Order incorporates all of the terms and conditions of the settlement among the parties.  Nothing

27   shall serve to amend or modify this Order in any respect whatsoever, unless:  (1) reduced to

28   writing, (2) signed by all parties, and (3) approved by order of the Court.  If any provision of this

                                          11

1 | Order or the application of any provision or circumstance is held invalid, the remainder of this

2 | Order shall not be affected by the holding.

3 |     3.    SUCCESSORS AND ASSIGNS.  This Order shall inure to the benefit of

4 | and be binding on the parties' successors, assigns, heirs, beneficiaries and administrators.

5 |     4.    JURISDICTION.  This Court shall retain jurisdiction of this cause to

6 | assure compliance with this Order and for all other purposes related to this action.

7 | There being no just reason for delay, the Clerk of the Court is hereby directed to enter this

8 | Consent Order of Permanent Injunction and Other Equitable Relief Against Defendants DBS

9 | Capital, Inc. and Douglas B. Stevens.

10 |

11 | Done and ordered on this /4 day of June , 2005.

12 |

13 |

14 | _____

15 | VAUGHN R. WALKER
    | UNITED STATES DISTRICT COURT JUDGE

16 | /////

17 | /////

18 | /////

19 | /////

20 | /////

21 | /////

22 | /////

23 | /////

24 | /////

25 | /////

26 | /////

27 | /////

28 | /////

1   Consented to and approved for entry by:

2

3   _____          Dated: ~~March~~ May 27 , 2005
    William Longwitz

4   Trial Counsel
    Jason Gizzarelli

5   Trial Counsel
    Gretchen L. Lowe

6   Associate Director
    Division of Enforcement

7   Commodity Futures Trading Commission
    1155 21st Street, N.W.

8   Washington, D.C. 20581

9   Phone  202.418.5380
    Fax  202.418.5523

10

11  _____          Dated: March 30 , 2005
    Douglas Brian Stevens

12  Pro Se

13

14  _____          Dated: March 30 , 2005

15  ~~Pamela R. Davis~~ Roy McDonald
    DLA Piper Rudnick Gray Cary US LLP

16  153 Townsend Street, Suite 800
    San Francisco, CA  94107-1907

17  Phone  415.836.2548
    Fax:  415.836.2501

18  Attorney for Defendant DBS Capital, Inc.

19

20

21

22

23

24

25

26

27

28

CONSENT ORDER OF PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF
CASE NO. C 03-1379 VRW

**Exhibit A**

**CFTC vs. DBS Capital, Inc.**

**Case no. C:03-1379**

| Account Holder | A/C number | Money in | Money out | Amount owed | % owed |
|---|---|---|---|---|---|
| Acces I/O Products, Persidok, John (Pres.) | 427002121 | $30,000.00 | $0.00 | $30,000.00 | 0.422048601% |
| Ackermann, Thorston | not found | | | $0.00 | 0.000000000% |
| Adler, Samuel | not found | | | $0.00 | 0.000000000% |
| Ahmed, Hongkyung Elizabeth & Shamim | 806011903 | | | $0.00 | 0.000000000% |
| Alexander, Ginger and Hayes, Paul | 82491607 | | | $0.00 | 0.000000000% |
| Ambrosia Living Trust 4/28/00 - Ambrosia, Angela & Alphonse | 815007694 | | | $0.00 | 0.000000000% |
| Anderson, Shelly | 12929453 | $29,000.00 | $9,300.00 | $19,700.00 | 0.277145248% |
| Appel, Lois M. | 731000846 | $30,000.00 | $12,300.00 | $17,700.00 | 0.249086674% |
| Aragones, Gustavo | 101201815a | | | $0.00 | 0.000000000% |
| Asaro, Sam & Connie | 9122023457 | $100,000.00 | $0.00 | $100,000.00 | 1.406826668% |
| Aviani, Maria | 13099748 | $2,000.00 | $0.00 | $0.00 | 0.000000000% |
| Balancio, Aurora | 329994207 | $17,500.00 | $15,961.87 | $1,538.13 | 0.021638854% |
| Bauchmann, Maxine & Brown, Adrienne | 329021011 | | | $0.00 | 0.000000000% |
| Bayne, Carol | 082602942 or 1007023667 | $50,000.00 | $0.00 | $50,000.00 | 0.703414334% |
| Bayne, Carol & Ramsgate, Patricia | 082602942a or 1007023667 | $35,000.00 | $0.00 | $35,000.00 | 0.492390034% |
| Beard, Larry & Reilly, Gail | 101900864 | | | $0.00 | 0.000000000% |
| Beata Basista & Majewski, Piotr | not found | | | $0.00 | 0.000000000% |
| Bednarski, Robert J. | 823025022 | $23,000.00 | $0.00 | $23,000.00 | 0.323570594% |
| Bell, Dawson Brett (& Lambert Janssens) | 122201235 | | | $0.00 | 0.000000000% |
| Bell, Dean and Monique | 907002366 | $135,300.00 | $0.00 | $135,300.00 | 1.903439188% |
| Bell, John and Jhona | 21003836 | $128,000.00 | $28,319.36 | $99,680.64 | 1.402335820% |
| Bell, Lila Marie & Janssens, Lambert J. | 72602704 | | | $0.00 | 0.000000000% |
| Bennion, Jackie | not found | | | $0.00 | 0.000000000% |
| Berman, Alexander & Bristman, Liliana | 601002129 | | | $0.00 | 0.000000000% |
| Beyer Revocable Trust, Arthur A. & Linda Beyer as Trustees | 32011939 | | | $0.00 | 0.000000000% |
| Bisco, Mlabianca | 514010466 | $17,900.00 | $6,332.23 | $11,567.77 | 0.162738705% |
| Blackshaw, Mary | 330998314 | $54,500.00 | $37,600.00 | $16,900.00 | 0.237754045% |
| Blakeley, Ilona Urban | 90501707 | $84,750.00 | $0.00 | $84,750.00 | 1.192287296% |
| Bradford, Francis T. | 313001621 | $7,200.00 | $0.00 | $7,200.00 | 0.101291664% |
| Brown, Adrienne | 1204001109 | $150,000.00 | $0.00 | $150,000.00 | 2.110243003% |
| Brown, James E. | 729024166 | $10,000.00 | $0.00 | $10,000.00 | 0.140682867% |
| Brusco, Margaret | 5328775 | $12,500.00 | $0.00 | $12,500.00 | 0.175853584% |
| Bryzak Family Trust, Janus & Barbara Bryzak as Trustees | 509018448 | $200,000.00 | $110,743.12 | $89,256.88 | 1.255691376% |

Exhibit A
CFTC vs. DBS Capital, Inc.
Case no. C:03-1379

| Name | Account | | | | Percentage |
|---|---|---|---|---|---|
| Buchna, Mariusz & Julia | not found | | | $0.00 | 0.000000000% |
| Burleson, James & Angela | 311020825 | $100,000.00 | $62,000.00 | $38,000.00 | 0.534594894% |
| Burt, Alix & Timothy | not found | $8,000.00 | $0.00 | $8,000.00 | 0.112546293% |
| Byczko, Andrej | 7570172 | | | $0.00 | 0.000000000% |
| Cachola, Juanita | not found | | | $0.00 | 0.000000000% |
| Carew, James M. | 823014850 | $150,000.00 | $20,000.00 | $130,000.00 | 1.828877269% |
| Carlson, Jo | 1008024287 | $35,000.00 | $0.00 | $35,000.00 | 0.492390034% |
| Casilla, Loida & Alejo | 803007228 | $5,000.00 | $3,000.00 | $2,000.00 | 0.028136573% |
| Casilla, Loida & Balancio, Aurora | 803007227 | | | $0.00 | 0.000000000% |
| Cem Construcion | not found | $20,000.00 | $0.00 | $20,000.00 | 0.281365734% |
| Cerveny, Franz & Gerta | 12799884 | $74,400.00 | $0.00 | $74,400.00 | 1.046680529% |
| Chatman, Sean | 23037551 | $10,000.00 | $0.00 | $10,000.00 | 0.140682867% |
| Chevelkin, Valintina A. | 125012108 | | | $0.00 | 0.000000000% |
| Choi, Hong Kyung E. | 607021050 | $353,000.00 | $0.00 | $353,000.00 | 4.966105200% |
| Cipolletti, Haselbart (and Giorgio?) | 51599456 | $4,985.00 | $0.00 | $4,985.00 | 0.070130409% |
| Cliuse, Robert | 803001323 | $78,191.90 | $6,500.00 | $71,691.90 | 1.008582202% |
| Colezy Family Trust, Donald & Pauls Colezy as Trustees | 719027103 | $25,000.00 | $800.00 | $24,200.00 | 0.340452538% |
| Comfort Givers A.L., Inc./Mieczko, Beata & Walter | 520029462 | | | $0.00 | 0.000000000% |
| Conception A. Arellano Trust | 501028297 | $35,000.00 | $0.00 | $35,000.00 | 0.492390034% |
| Cook, Nora Elizabeth | 123028130 | $10,000.00 | $0.00 | $10,000.00 | 0.140682867% |
| Corpuz, Yolanda C. | 718025991 | | | $0.00 | 0.000000000% |
| Corpuz, Yolanda C. | 110004565 | | | $0.00 | 0.000000000% |
| Cortez, Steven | 314020276 | $55,000.00 | $35,234.93 | $19,765.07 | 0.278060671% |
| Cortez, Steven & Naruhn, Kathleen | 129020276 | | | $0.00 | 0.000000000% |
| Coyle, Julie | 202010121 | $51,500.00 | $40,500.00 | $11,000.00 | 0.154751154% |
| Ctrades, Carmen | not found | $27,091.00 | $0.00 | $27,091.00 | 0.381123955% |
| Cuyler, Dennis | 12981832 | $47,600.00 | $20,500.00 | $27,100.00 | 0.381250569% |
| Cuyler, Mildred | 1018005057 | $74,095.00 | $31,900.00 | $42,195.00 | 0.593611357% |
| Czubarow, Pawel & Danuta | 218993102 | $31,000.00 | $0.00 | $31,000.00 | 0.436116887% |
| Dahl, Dorothy J. | 27035901 | $10,000.00 | $0.00 | $10,000.00 | 0.140682867% |
| Dalz, Malya | not found | $2,000.00 | $0.00 | $2,000.00 | 0.028136573% |
| Dallalnejad, Laleh | 1182002122 | | | | 0.000000000% |
| Dallalnejad, Mahyar | 72499721 | $95,466.62 | $95,400.00 | $66.62 | 0.000937229% |
| Dalmacio, Elpidio & Emily | 424022734 | $39,600.00 | $6,900.00 | $32,700.00 | 0.460032975% |
| Davise, Thomas | not found | | | $0.00 | 0.000000000% |

**Exhibit A**
**CFTC vs. DBS Capital, Inc.**
**Case no. C:03-1379**

| Name | Account Number | | | | |
|---|---|---|---|---|---|
| Defrancesco, Joann | 13056123 | | | $0.00 | 0.000000000% |
| Dennis, David S. | 427999038 | | | $0.00 | 0.000000000% |
| Dennis, Stephen F. | 30599216 | $65,000.00 | $60,463.76 | $4,536.24 | 0.063817125% |
| Derby, Dan & Sheila | 429022705 | $50,000.00 | $0.00 | $50,000.00 | 0.703414334% |
| Dervin, John | not found | | | $0.00 | 0.000000000% |
| Dolbec, Richard & Freeman, Guy A. | 27031499 | $10,000.00 | $0.00 | $10,000.00 | 0.140682667% |
| Downtown Watch Repair | not found | $65,000.00 | $0.00 | $65,000.00 | 0.914438634% |
| Dudzik, David S. & Karen | 71101498 | $66,500.00 | $0.00 | $66,500.00 | 0.935410644% |
| Duthie, Anthony I. | 521028478 | $66,000.00 | $0.00 | $66,000.00 | 0.928506921% |
| Duthie, Nicholas | 315016879 | $0.00 | $0.00 | $0.00 | 0.000000000% |
| Duthie, Sheila A. | 430011696 | $0.00 | $0.00 | $0.00 | 0.000000000% |
| Dyker, Krystyna & Stefan | 820019639 | | | $0.00 | 0.281365734% |
| Edward F. Towers and Mary Towers Revocable Living Trust | 12009998253 | $20,000.00 | $0.00 | $20,000.00 | 0.077375577% |
| Empire Farms | not found | $5,500.00 | $0.00 | $5,500.00 | 0.140682667% |
| Enerio, Ginger | not found | $10,000.00 | $0.00 | $10,000.00 | 0.070341143% |
| European Elite | not found | $5,000.00 | $0.00 | $5,000.00 | 0.331778595% |
| Falsey, Joanne | 730020418 | $25,000.00 | $1,416.56 | $23,583.44 | 0.000000000% |
| Farsaby, Shekofe (and Ali Tehranian) | 202000248 | | | $0.00 | 0.351707167% |
| Fed Chips Holdover | not found | $25,000.00 | $0.00 | $25,000.00 | 0.000000000% |
| Fehlker, Achim | 112092345 or 8796432 | | | $0.00 | 0.000000000% |
| Fehlker, Werner | 7571924 | $9,982.00 | $0.00 | $9,982.00 | 0.140429638% |
| Fehlker, Ute | not found | $80,000.00 | $0.00 | $80,000.00 | 1.125462935% |
| Ferreira, Vickie J. | 121034939 | $346.00 | $0.00 | $346.00 | 0.004867627% |
| Flannaca, Vincenzo | not found | $0.00 | $0.00 | $0.00 | 0.000000000% |
| Flumeffeddo, Caren | not found | | | $0.00 | 0.000000000% |
| Francis, Denis | not found | | | $0.00 | 0.000000000% |
| Franicevich, Jack & Tom | 102035446 | | | $0.00 | 0.000000000% |
| Franicevich, James | 927015961 | $48,000.00 | $0.00 | $48,000.00 | 0.675277761% |
| Franicevich, John & Pamela | 22520024016 | $160,000.00 | $125,000.00 | $35,000.00 | 0.492390034% |
| Franicevich, Kathryn J. Trust | 222009214 | $35,000.00 | $0.00 | $35,000.00 | 0.492390034% |
| Franicevich, Robert & Camille | 622994952 | $511,090.63 | $265,689.58 | $245,401.05 | 3.452372324% |
| Gacac (Gacac7), Evelyn - Revocable Living Trust | 10230159 | | | $0.00 | 0.000000000% |
| Gajewski, Michael T. | not found | | | $0.00 | 0.000000000% |

Exhibit A
CFTC vs. DBS Capital, Inc.
Case no. C:03-1379

| Name | Account # | | | | |
|---|---|---|---|---|---|
| Gajewski, Suzanna & Tomasz | not found | | | $0.00 | 0.000000000% |
| Gallegher, Brian | 111005793 | | | $0.00 | 0.000000000% |
| Garrison, Scott G. | 730995636 | | | $0.00 | 0.000000000% |
| Garrison, Terrence & Lynn | 731007253 | $194,762.32 | $199,874.28 | -$5,111.96 | -0.071916519% |
| Gates, Joan | 1002005376 | $28,000.00 | $0.00 | $28,000.00 | 0.393912027% |
| Gates, Kenneth | 907017246 | $30,000.00 | $0.00 | $30,000.00 | 0.422048601% |
| Gholami, Helly | 207001577 | $39,000.00 | $18,500.00 | $20,500.00 | 0.288399877% |
| Gifford, James S. & Masako (The Appliance Doctor) | 1014999098 | $67,500.00 | $0.00 | $67,500.00 | 0.949609351% |
| Gonzaga, Rafael | 525011952 | | | $0.00 | 0.000000000% |
| Gore, Vickram R. | 917011809 | $30,000.00 | $0.00 | $30,000.00 | 0.422048601% |
| Grabowska, Marta | 323011467 | | | $0.00 | 0.000000000% |
| Greabill, Steve | 5172026905 | $600.00 | $0.00 | $600.00 | 0.008440972% |
| Greene, Darrel | not found | $51,000.00 | $0.00 | $51,000.00 | 0.717482621% |
| Grzesiak, Robert | 712013069 | | | $0.00 | 0.000000000% |
| Guan (Quan?), Ken J. | 930021938 | $2,500.00 | $0.00 | $2,500.00 | 0.035170717% |
| Haeusle, Helga | 1120992345 | $10,000.00 | $0.00 | $10,000.00 | 0.140682867% |
| Hallmark, T.A. | not found | $6,300.00 | $0.00 | $6,300.00 | 0.088630206% |
| Hanlon, Lidia & Nicole | 600701026 | $20,654.00 | $0.00 | $20,654.00 | 0.290566393% |
| Hanslien, Tim & Jan | 814004254 | | | $0.00 | 0.000000000% |
| Hardy, Brian | 311023556 | | | $0.00 | 0.000000000% |
| Hassan, Ali Reza | 409011837 | $20,000.00 | $0.00 | $20,000.00 | 0.281365734% |
| Hauk, Rodney E. | 757184411 | $2,000.00 | $2,000.00 | $0.00 | 0.000000000% |
| Hayes, Conor | 824991606 | | | $0.00 | 0.000000000% |
| Helga Langen Living Trust | 120400 | | | $0.00 | 0.000000000% |
| Herkel, Heike | 726024109 | $5,500.00 | $4,980.00 | $520.00 | 0.007315509% |
| Hlasny, Colin | 219024117 | $14,500.00 | $0.00 | $14,500.00 | 0.203990157% |
| Hogelie, Larry & Michelle | 1189959 | | | $0.00 | 0.000000000% |
| Hogelie, Ohlf & Claire | 1152029025 | $10,000.00 | $0.00 | $10,000.00 | 0.140682867% |
| Holper, Daniel & Brien, Sally | 102007409 | $170,604.44 | $130,604.44 | $40,000.00 | 0.562731467% |
| Hommel, Jason | not found | | | $0.00 | 0.000000000% |
| Jacob, Patrick | 10065225 | | | $0.00 | 0.000000000% |
| Janssens, Lambert J. & Maria P.H. | 12989157 | | | $0.00 | 0.000000000% |
| Janssens, Lambert J. & Maria P.H. | 907999157 | $400,832.44 | $248,000.00 | $152,832.44 | 2.150090581% |
| Joell, Kevin | 9032002646 | $10,000.00 | $0.00 | $10,000.00 | 0.140682867% |
| Jordan, Catherine & Jeffrey | not found | $310.00 | $0.00 | $310.00 | 0.004361169% |
| Karkasis, Jacqueline | 31003329 | | | $0.00 | 0.000000000% |
| Kats, Diana & Aleksey | 81897154 | $38,000.00 | $31,718.28 | $6,281.72 | 0.088373036% |

**Exhibit A**

**CFTC vs. DBS Capital, Inc.**

**Case no. C-03-1379**

| | | | | |
|---|---|---|---|---|
| Kelleher, Joann & Tom | 1206001264 | $144,000.00 | $5,000.00 | $139,000.00 | 1.955491849% |
| Kelley, Jerry Lopez | 722027337 | $10,000.00 | $0.00 | $10,000.00 | 0.140682667% |
| Kelley, Jerry & Maglay | 426015641 | $59,000.00 | $0.00 | $59,000.00 | 0.830028914% |
| Kleiner, Steven E. | 604021889 | $20,000.00 | $0.00 | $20,000.00 | 0.281365734% |
| Koch, Peter & Sandra | 522019263 | $84,000.00 | $0.00 | $84,000.00 | 1.181736081% |
| Koerting, W.R. | 1182021627 | $25,000.00 | $0.00 | $25,000.00 | 0.351707167% |
| Kohler, Thomas & Oliver | 410011924 | | $0.00 | $0.00 | 0.000000000% |
| Korotayev, Viktor | 423017679 | $38,000.00 | $31,000.00 | $7,000.00 | 0.098478007% |
| Kuhn, Edith & Cerveny, Gerta | 1101005009 | | | $0.00 | 0.000000000% |
| Labeda, Slawomir & Martha | not found | | | $0.00 | 0.000000000% |
| Land, Michael | not found | | | $0.00 | 0.000000000% |
| Langen, Helga–Living Trust | 120400 | $20,500.00 | $4,980.00 | $15,520.00 | 0.218339809% |
| Latko, Jacek | 620001401 | | | $0.00 | 0.000000000% |
| Latusek, Eugeniusz & Grazyna | 213015094 | | | $0.00 | 0.000000000% |
| Lau, Roger | not found | | | $0.00 | 0.000000000% |
| Laureta, Freddie & Duquinal, Lenora | 607029415 | $30,000.00 | $0.00 | $30,000.00 | 0.422048601% |
| Lazar, Wayne & Sheila | 301027179 | $10,000.00 | $0.00 | $10,000.00 | 0.140682667% |
| Lee, Terrence | not found | | | $0.00 | 0.000000000% |
| Legal Services Bureau Inc. (Dan Escamilla & Raquel Demeter) | not found | | | $0.00 | 0.000000000% |
| Lemperg, Rudolf & Jane | 114033516 | $15,000.00 | $0.00 | $15,000.00 | 0.211024300% |
| Lepianka, Grazyna | not found | | | $0.00 | 0.000000000% |
| Lepianka, Tadeusz | 724027338 | | | $0.00 | 0.000000000% |
| Linder Trust: Linda and Barry Linder as Trustees | 828000595 | $96,347.00 | $0.00 | $96,347.00 | 1.355437217% |
| Lipman, Adrienne J. | 111402007T | | | $0.00 | 0.000000000% |
| Lipman, Martin | 1127019235 | $60,000.00 | $0.00 | $60,000.00 | 0.844097201% |
| Lipman, Martin & Sivan | 1107029500 | | | $0.00 | 0.000000000% |
| Luedecke, Matt & Rebecca | 124032028 | $10,000.00 | $0.00 | $10,000.00 | 0.140682667% |
| Luz, Dafne | 518018931 | | | $0.00 | 0.000000000% |
| Luz, Maira | 518018925 | | | $0.00 | 0.000000000% |
| Malchon (Malchow?), Carl | 830011515 | | | $0.00 | 0.000000000% |
| Malgapo, Rolando | not found | | | $0.00 | 0.000000000% |
| Malgapo, Rolando & Nelita | not found | | | $0.00 | 0.000000000% |
| Manning, Rita | 215014806 | $25,000.00 | $0.00 | $25,000.00 | 0.351707167% |
| Marbach, Phyllis & Brian | 3190100459 | $30,000.00 | $0.00 | $30,000.00 | 0.422048601% |
| Marquardt, William | 806011520 | $160,000.00 | $0.00 | $160,000.00 | 2.250925869% |
| Matthews, Lori McKannay | 102023318 | $30,000.00 | $0.00 | $30,000.00 | 0.422048601% |
| Mayadrink, Inc. | not found | $20,000.00 | $0.00 | $20,000.00 | 0.281365734% |

**Exhibit A**

**CFTC vs. DBS Capital, Inc.**

**Case no. C-03-1379**

| Name | Account | | | | Percentage |
|---|---|---|---|---|---|
| McDougal, Sean | 108990235 | $215,669.57 | $69,584.00 | $146,085.57 | 2.055173679% |
| McGill-Membrino, Deborah | not found | | | $0.00 | 0.000000000% |
| Medynska, Ewa | 201008025 | | | $0.00 | 0.000000000% |
| Mendell, Steve | 217005465 | $130,000.00 | $11,500.00 | $118,500.00 | 1.667091972% |
| Merali, Sakina | 828029743 | | | $0.00 | 0.000000000% |
| Mierzejewski (Mierzejewski)?, Marek | 220025103 | $25,000.00 | $0.00 | $25,000.00 | 0.351707167% |
| Mieczko, Beata & Walter | 40820025546 | $30,000.00 | $0.00 | $30,000.00 | 0.422048601% |
| Modispacher/Janslien, Janice | not found | | | $0.00 | 0.000000000% |
| Mokross, Ernst – Living Trust | 627000331 | $8,000.00 | $0.00 | $8,000.00 | 0.112546293% |
| Moore, Scott & Lynne Brusco Moore | 529018165 | | | $0.00 | 0.000000000% |
| Murphy, James | 30528146 | | | $0.00 | 0.000000000% |
| Murphy, Michael | 410023752 | | | $0.00 | 0.000000000% |
| Nardella, Michelle | not found | $3,855.00 | $0.00 | $3,855.00 | 0.054233245% |
| Narruhn, Frederick & Kathleen | 314024031 | $30,000.00 | $0.00 | $30,000.00 | 0.422048601% |
| Nayeem, Zahida Syed and Mike Dallainejad | 213011122 | | | $0.00 | 0.000000000% |
| Netline Mortgage Bankers | not found | $9,990.00 | $0.00 | $9,990.00 | 0.140542184% |
| Ng, Chiu-Pik and King-Tak | 512003152 | $39,738.38 | $0.00 | $39,738.38 | 0.559050922% |
| Ng, Arlan Jeffrey | 227036666 | $30,000.00 | $0.00 | $30,000.00 | 0.422048601% |
| Nicolson, Scott | 1107022843 | | | $0.00 | 0.000000000% |
| Nicolson, Scott & Diane | 727016774 | $18,000.00 | $8,170.00 | $9,830.00 | 0.138291258% |
| Noonan Fam. Trust + J. Steve Noonan, Trustee | 218039850 | | | $0.00 | 0.000000000% |
| Novakowski, Monika | 53196501B | | | $0.00 | 0.000000000% |
| Oehler, Erich | not found | $10,000.00 | $0.00 | $10,000.00 | 0.140682867% |
| O'Kane, Ina | 75792503 | | | $0.00 | 0.000000000% |
| Owens, Gary D. | not found | $107,500.00 | $9,900.00 | $97,600.00 | 1.373064780% |
| Paisin, Barry | 3179933663 | $6,000.00 | $0.00 | $6,000.00 | 0.084409720% |
| Paisin, Marc David | 1208001443 | $227,922.61 | $54,660.13 | $173,262.48 | 2.437506240% |
| Palaia, Kimberly | 1003000948 | $40,000.00 | $0.00 | $40,000.00 | 0.562731467% |
| Parrett, Michael | 708026720 | $1,474.00 | $0.00 | $1,474.00 | 0.020736565% |
| Pascal, Steve | not found | | | $0.00 | 0.000000000% |
| Pauel, Chevelkin | 113001313 | | | $0.00 | 0.000000000% |
| Peek, Marcus | not found | | | $0.00 | 0.000000000% |
| Pennefather, Richard | 20319405 | $10,000.00 | $0.00 | $10,000.00 | 0.140682867% |
| Perry, Matthew | 820011628 | $150,000.00 | $0.00 | $150,000.00 | 2.110243003% |
| Persidok, Jacek (John) & Tamara | 331990547 | $44,783.00 | $0.00 | $44,783.00 | 0.630020083% |
| Phan, Joseph Duong | 326016350 | $34,000.00 | $0.00 | $34,000.00 | 0.478321747% |
| Pike, Larry & Belle, Anna | 325027095 / 731029750 | $70,000.00 | $23,190.84 | $46,809.16 | 0.658524682% |

**Exhibit A**
**CFTC vs. DBS Capital, Inc.**
**Case no. C:03-1379**

| Name | Account No. | | | | |
|---|---|---|---|---|---|
| Pilalas, Bruce | not found | | | $0.00 | 0.000000000% |
| Pionka, Krystyna | 409017151 | $17,000.00 | $0.00 | $17,000.00 | 0.239160874% |
| PowerCom Tech. Corp./Stolowicki, Ralph | 1106011060 | | | $0.00 | 0.000000000% |
| Reilly, Gail | not found | $568,850.00 | $472,858.77 | $95,991.23 | 1.350432143% |
| Reilly, Michael | not found | $59,000.00 | $0.00 | $59,000.00 | 0.830028914% |
| Rodriguez, Nicholas & Elena | 827022475 | $16,000.00 | $0.00 | $16,000.00 | 0.225092587% |
| Romero, Lourdes L. | 1017027265 | $10,000.00 | $0.00 | $10,000.00 | 0.140682867% |
| Ross, Michael Edward | 122014367 | $320,000.00 | $153,000.00 | $167,000.00 | 2.349403876% |
| Ross, William & Dorothy | 910013129 | $80,000.00 | $0.00 | $80,000.00 | 1.125462935% |
| Russell, Joan Sydney | 702011300 | $45,000.00 | $0.00 | $45,000.00 | 0.633072901% |
| Sadovia, Jason | 101505137 | $26,250.00 | $0.00 | $26,250.00 | 0.369292525% |
| Schmitt, Joseph | 129020939 | $38,000.00 | $0.00 | $38,000.00 | 0.534594894% |
| Schober, AnneMarie | 12987924 | | | $0.00 | 0.000000000% |
| Schomber, Paul | 5977234 | | | $0.00 | 0.000000000% |
| Schweitzer, Egon | 7572049 | | | $0.00 | 0.000000000% |
| Schweitzer, Ulla | 7579249 | $2,000.00 | $0.00 | $2,000.00 | 0.028136573% |
| Sell, Christopher | 102199390 | $21,750.00 | $0.00 | $21,750.00 | 0.305985235% |
| Shepard, Kevin | not found | | | $0.00 | 0.000000000% |
| Sherif, Irena & Oleg | 912026922 | | | $0.00 | 0.000000000% |
| Sherif, Oleg | 306004600 | $10,000.00 | $0.00 | $10,000.00 | 0.140682867% |
| Sherif, Tamara | 915990215 | | | $0.00 | 0.000000000% |
| Sin, Wong S.P. | not found | | | $0.00 | 0.000000000% |
| Sindlinger, Thomas & Alice | 21286467 | $51,000.00 | $30,934.80 | $20,065.20 | 0.282282986% |
| Smith, Matthew J. & Kristen B. | 516022076 | $20,000.00 | $0.00 | $20,000.00 | 0.281365734% |
| Smolenski, Janusz & Lukie, Nancy | 62000911 | | | $0.00 | 0.000000000% |
| Starrs, Ella Mokross | 319016515 | | | $0.00 | 0.000000000% |
| Stephens, Barbara TTEE | 723018832 | | | $0.00 | 0.000000000% |
| Stephens, Renate | not found | $634.00 | $0.00 | $634.00 | 0.008919294% |
| Stephens, Ralph | 610021178 | $82,500.00 | $60,000.00 | $22,500.00 | 0.316536450% |
| Stroud, Charles W. | 218035503 | | | $0.00 | 0.000000000% |
| Studwell, Brian C. | 412003385 | $17,000.00 | $7,696.74 | $9,303.26 | 0.130880929% |
| Suess, Frank R. and Helen Lew Suess | 2109800 | | | $0.00 | 0.000000000% |
| Sulaimankhil, Orbal | not found | | | $0.00 | 0.000000000% |
| Sun, Benny | 829066 | $40,000.00 | $10,000.00 | $30,000.00 | 0.422048601% |
| Szmit, Krystyna & Emil | 228018375 | $77,500.00 | $6,000.00 | $71,500.00 | 1.005882498% |
| Szmit, Krystyna & Witek, Sofia | 614018375 | | | $0.00 | 0.000000000% |
| Tabigan, Elizabeth | 110007569 | $7,500.00 | $2,000.00 | $5,500.00 | 0.077375577% |

**Exhibit A**
**CFTC vs. DBS Capital, Inc.**
Case no. C:03-1379

| Name | Account # | | | | Percentage |
|---|---|---|---|---|---|
| Taghavi (Taghavi)?, Bahram | 307016744 | $42,000.00 | $17,000.00 | $25,000.00 | 0.351707167% |
| Talab, Farzad | 1027002965 | | | $0.00 | 0.000000000% |
| Talab, Shabnam & Farza | 526992987 | | | $0.00 | 0.000000000% |
| Tesche, Nancy | 1223023271 | $10,000.00 | $0.00 | $10,000.00 | 0.140682867% |
| Thomas, Charles & Lynn B. | 1220023339 | $10,000.00 | $0.00 | $10,000.00 | 0.140682867% |
| Towers, Edward & Mary | 62800216 | $77,798.68 | $0.00 | $77,798.68 | 1.094494134% |
| Traub, Daniel | 1018022115 | $50,000.00 | $0.00 | $50,000.00 | 0.703414334% |
| Tydek-Tuzinski, Grazyna | 7576417 | $23,000.00 | $21,072.45 | $1,927.55 | 0.027117326% |
| Tydek-Tuzinski, Grazyna | 75728226 | | | $0.00 | 0.000000000% |
| Valdman, Aleksandr | 315001482 | | | $0.00 | 0.000000000% |
| Valdman, Paulina | 1016000518 | | | $0.00 | 0.000000000% |
| Valentine, Richard A. | 807020533 | $10,000.00 | $0.00 | $10,000.00 | 0.140682867% |
| Varisto, Michael | 412020678 | $20,000.00 | $2,000.00 | $18,000.00 | 0.253229160% |
| Vella, Lorene & Fred | 82602440 6 | $10,000.00 | $0.00 | $10,000.00 | 0.140682867% |
| Vierra, Judy | 73002507 8 | $75,000.00 | $3,359.29 | $71,640.71 | 1.007862047% |
| Wasak, Dariusz | 1010008511 | $39,000.00 | $0.00 | $39,000.00 | 0.548663181% |
| Watson, Anna | 1107016788 | $10,000.00 | $0.00 | $10,000.00 | 0.140682867% |
| Webb, Paul | 112018240 | $10,000.00 | $10,000.00 | $0.00 | 0.000000000% |
| Weingand, Alan | 721933911 | | | $0.00 | 0.000000000% |
| Wells, Curt | 12009274 | $138,117.96 | $54,865.00 | $83,252.96 | 1.171226509% |
| Wells, Margaret A/C 126011137 | 126011137 | $210,000.00 | | $210,000.00 | 2.954340204% |
| Wells, Mona A/C 406012768 | 406012768 | $10,000.00 | $2,300.00 | $7,700.00 | 0.108325807% |
| Whelan, Kerry | not found | | | $0.00 | 0.000000000% |
| Wheless, James & Amy | 91802785 7 | $15,000.00 | $0.00 | $15,000.00 | 0.211024300% |
| Wiprut, Carol L. | 619025275 | $90,500.00 | $0.00 | $90,500.00 | 1.273179945% |
| Wiprut, Carol & Irwin | 605020644 | $139,748.92 | $0.00 | $139,748.92 | 1.966027870% |
| Wiprut, David John | 70202954 7 | $92,806.07 | $0.00 | $92,806.07 | 1.305623999% |
| Wiprut, Irwin | 51801064 4 | $90,000.00 | $0.00 | $90,000.00 | 1.266145802% |
| Wiprut, James & Bonich, Kristin | 705029558 | $15,000.00 | $0.00 | $15,000.00 | 0.211024300% |
| Wisniewska, Hanna | not found | | | $0.00 | 0.000000000% |
| Wobleski, Judy | 1119019870 | $100,000.00 | $0.00 | $100,000.00 | 1.406828688% |
| Young, Henry A.F. | 808995205 | | | $0.00 | 0.000000000% |
| Young, Lillian - Revocable Trust 1200998253, 81099 1924, 4129858 | 206020790 | $18,000.00 | $0.00 | $18,000.00 | 0.253229160% |
| **Total $ owed:** | | | | **$7,108,186.11** | |

Spooled by:        wlongwitz

Job Number:        8

Date Printed:      5/27/2005

Time Printed:      4:25:06 PM

Exhibit A, Part 2
CFTC v. DBS Capital, Inc. and Douglas Brian Stevens
Case No. C-03-1379

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| | Premier II, LLC Customer | Account number | Address | City | State | Zip | Total Funds Deposited | Total Funds Withdrawn | A/c Balance March 31, 2003 | % owed |
| 1 | Ahmed, Hong Kyung E. | 560 | 15 North Road | Oyster Bay Cove | NY | 11771 | $75,000.00 | $0.00 | $56,619.66 | 3.73% |
| 2 | Choi | 87 | 15 North Road | Oyster Bay Cove | NY | 11771 | $25,000.00 | $0.00 | $20,969.20 | 1.38% |
| 3 | Ahmed, Shamim | | | | | | | | | |
| 4 | Aliev, Elmir O. | | | | | | | | | |
| 5 | Arellano, Conception | 570 | 1713 Badger Way | Modesto | CA | 95355 | | | | |
| 6 | Basista, Beata | 390 | 424 Castle Ave. | Daly City | CA | 94014 | | | $25,550.05 | 1.68% |
| 7 | Bednarski, Robert | 823025022 | 3622 W. Alyssa Lane | Phoenix | AZ | 85085 | $23,000.00 | | $24,029.72 | 1.58% |
| 8 | Bennion, Jacqueline F. | 440 | 62 Westbure Terrace, Flat 9 | London | UK | | | | | |
| 9 | Blakeley, Ilona Urban | 176 | General Delivery, Pauline Post Office | Pauline | SC | 29374 | $143,040.54 | | $0.00 | |
| 10 | Buchna, Mariusz | 510 | 3136 West Quail Track Drive | Phoenix | AZ | 85085 | | | $15,494.92 | 1.02% |
| 11 | Conception Arellano Trust | 520 | 1713 Badger Way | Modesto | CA | 95355 | | | $43,288.17 | 2.85% |
| 12 | Dalmacio, Elpidio S. J. #126 | 126 | 2241 Bayberry Circle | Pittsburgh | CA | 94566-4264 | | | $67,502.70 | 4.44% |
| 13 | Dalmacio, Elpidio S. J. - IRA | 540 | 2241 Bayberry Circle | Pittsburgh | CA | 94566-4264 | | | $8,427.69 | 0.55% |
| 14 | Dennis, Stephen F. | 92 | 255 California Street | San Francisco | CA | 94111 | | | $16,305.00 | 1.07% |
| 15 | Dudzik, David S. | 460 | 2724 Greenbrook Court | Grapevine | TX | 76051 | | | $43,559.09 | 2.87% |
| 16 | Dwyer, Richard J. | 190 | 21465 Meadow Oaks Lane | Colfax | CA | 95713 | | | $102,581.03 | 6.75% |
| 17 | Dykert, Krystyna | 330 | 2338 East Cheryl Drive | Phoenix | AZ | 85028 | | | $27,000.00 | 1.78% |
| 18 | Dykert, Stefan | 320 | 2338 East Cheryl Drive | Phoenix | AZ | 85028 | | | $40,726 | 2.68% |

Exhibit A, Part 2
CFTC v. DBS Capital, Inc. and Douglas Brian Stevens
Case No. C-03-1379

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | Fehlker, Achim | 590 | 1924 Hyde Street | San Francisco | CA | 94109 | | | $16,843.49 | 1.11% |
| 20 | Francevich, Camille L. | 79 | 112 Round Court | Petaluma | CA | 94952-4720 | | | $14,662.10 | 0.96% |
| 21 | Garrison, Terrence M. | | | | | | | | | |
| 22 | Hanslien, Janice and Timothy | 430 | 711 - 75th Ave., N.W. | Calgary, Alberta | Canada | T2K0R1 | | $0.00 | $239,716.94 | 15.77% |
| 23 | Hyland, Patrick | 490 | 15191 Camoli Court | Chino Hills | CA | 91709 | | | $3,437.97 | 0.23% |
| 24 | Janssens, Maria P. | 91 | 12830 Cienega Road | Hollister | CA | 95023 | | | $45,598.73 | 3.00% |
| 25 | Krzemien, Artur | | | | | | | | | |
| 26 | Manning, Rita Jean | 310 | 5664 E. Gary Street | Mesa | AZ | 85205 | | | $9,423.00 | 0.62% |
| 27 | Marioni, Miles | 400 #2 | 315 El Dorado St., | Vallejo | AZ | 94590 | $25,000.00 | $10,000.00 | $15,000.00 | 0.99% |
| 28 | Marioni, Reno | 340 | 62 Westbourne Terrace, Flat 9 | London W23U5 | UK | | | | | |
| 29 | Masterson-Dennis, Mary | 80 | 73 Ardleigh Park | Mulignar, Co Westmeath, Ireland | | | $12,399.68 | $0.00 | $12,642.31 | 0.83% |
| 30 | McDougal, Justin | 120 | 1715 Westwood Drive | Minden | NV | 89423 | $40,000.00 | $5,000.00 | $34,853.13 | 2.29% |
| 31 | McDougal, Kyle | 130 | 1715 Westwood Drive | Minden | NV | 89423 | $40,000.00 | $5,000.00 | $34,853.13 | 2.29% |
| 32 | McDougal, Rylan | 140 | 1715 Westwood Drive | Minden | NV | 89423 | $40,000.00 | $20,000.00 | $20,196.41 | 1.33% |
| 33 | McDougal, Sean #150 | 150 | 1715 Westwood Drive | Minden | NV | 89423 | $55,174.22 | $0.00 | $57,232.17 | 3.77% |
| 34 | McDougal, Sean #88 | 88 | 1715 Westwood Drive | Minden | NV | 89423 | $344,139.75 | $97,000.00 | $174,375.78 | 11.47% |
| 35 | Moglich, Mark and Susie | | | | | | | | | |
| 36 | Murphy, James P. | 82 | 619 W. California Avenue | Vista | CA | 92083-3579 | | | $51,389.00 | 3.38% |

**Exhibit A, Part 2**
**CFTC v. DBS Capital, Inc. and Douglas Brian Stevens**
**Case No. C-03-1379**

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 37 | Nawrocki, Piotr | 89 | 5064 Zimmer Cove | San Diego | CA | 92130 | | | $3,670.56 | 0.24% |
| 38 | Phan, Joseph Duong | 420 | 1535 16th Ave. | Oakland | CA | 94606 | | | $45,319.75 | 2.98% |
| 39 | Reynolds III, Frederick W. | 470 | 111 Mark Street | Gardnerville | NV | 89410 | | | | |
| 40 | Riebandt, Boguslawa | 480 | Argusvlinder 8, 113 LK Diemen | Netherlands | | | | | $30,051.59 | 1.98% |
| 41 | Schmit, Krystyna and Emil | 360 | 17422 N. 55th Place | Scottsdale | AZ | 85254 | | | $54,179.88 | 3.57% |
| 42 | Sindlinger, Thomas J. | 93 | P.O. Box 680 | Forest Hill | CA | 95631 | | | $19,356.55 | 1.27% |
| 43 | Stepnik, Renata | | | | | | | | | |
| 44 | STEVENS | 245 | 320 Northgate Ave. | Daly City | CA | 94015 | | | | |
| 45 | Swensen, Tony | 450 | 125 Shelley Drive | Mill Valley | CA | 94941 | | | | |
| 46 | Szmit, Krystyna | | 3014 E. Mission Lane | Phoenix | AZ | 85028 | | | $59,408.20 | 3.91% |
| 47 | Varisto, Michael D. | 85 | P.O. Box 1907 | Martinez | CA | 94553 | | | $10,518.78 | 0.69% |
| 48 | Weingand, Alan | 410 | 2718 Longridge Drive | Carson City | NV | 89706 | | | $39,884.37 | 2.62% |
| 49 | Wilkinson, Diana | 500 | 675 N. Lone Oak Way | Flagstaff | AZ | 86004 | $45,903.99 | $0.00 | $35,000.00 | 2.30% |
| 50 | Wiurt, Irwin | 550 | 604 Bonita Ave. / P.O. Box 1343 | Millbrae | CA | 94030 | $167,943.36 | $153,244.62 | $0.00 | |
| 51 | | | | | | | | | $1,519,666.93 | |